**No. 10-8905. Ronald Helms, Petitioner v. Florida.**

562 U.S. 1298, 131 S. Ct. 1703, 179 L. Ed. 2d 635, 2011 U.S. LEXIS 2357.

March 21, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 48 So. 3d 67.